**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6446**

_____

DAVID MCLESTER,

        Plaintiff - Appellant,

    v.

DR. LINDSEY DEGUEHERY; NURSE R. JONES,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:23-ct-03263-FL)

_____

Submitted:  November 14, 2024                    Decided:  November 18, 2024

_____

Before THACKER and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

David Martin McLester, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Martin McLester, a North Carolina inmate, appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A for failure to state a claim. We have reviewed the record and discern no reversible error in the district court's conclusion that McLester failed to state a claim of deliberate indifference under the Eighth Amendment. Accordingly, we affirm the district court's order. *McLester v. DeGuehery*, No. 5:23-ct-03263-FL (E.D.N.C. Apr. 12, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*